UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:15-cv-14052-RLR

LISA PERONA,

    Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.
*a Pennsylvania Corporation,*

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., and the Plaintiff, LISA PERONA, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) hereby STIPULATE AND AGREE, that the above cause, having been amicably resolved, be dismissed with prejudice as to all claims, between all parties, with each party to bear their own costs and attorneys' fees in this matter.

Dated October 7, 2015                      Respectfully submitted,

                                                      /s/ Leo W. Desmond
                                                      Leo W. Desmond, Esq.
                                                      Florida Bar No. 0041920
                                                      5070 Highway A1A, Suite D
                                                      Vero Beach, Florida 32963
                                                      Telephone: (772) 231-9600
                                                      Facsimile: (772) 231-0300
                                                      lwd@verobeachlegal.com
                                                      *Counsel for Plaintiff*

*/s/ Joelle Schultz*
Joelle Schultz, Esq.
Florida Bar No. 0048204
LAW OFFICE OF ROBERT
ECKARD & ASSOCIATES, LLC
3110 Alternate U.S. 19 North
Palm Harbor, FL 34693
joelle@RobertEckardLaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ Leo W. Desmond
Leo W. Desmond, Esq.
Florida Bar No. 0041920
5070 Highway A1A
Suite D
Vero Beach, FL 32963
Tel: 772.231.9600
Fax: 772.231.0300
lwd@verobeachlegal.com
 *Attorney for Plaintiff*