**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:15-CV-14052-ROSENBERG/HOPKINS**

LISA PERONA,

     Plaintiff,

v.

COMMONWEALTH FINANCIAL SYSTEMS, INC.,

     Defendant.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [DE 19], filed October 7, 2015. Having been informed that the parties have amicably resolved all disputed issues in this case, it is hereby **ORDERED AND ADJUDGED:**

1.    Pursuant to the parties' stipulation, all claims between all parties in this action are **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs and attorney's fees in this matter.

2.    All pending motions are **DENIED** as moot, all scheduled hearings are cancelled, and all deadlines are terminated.

3.    The Clerk is instructed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 7th day of October, 2015.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record